No. 84–1677.   GREEN BAY PACKAGING, INC. v. ADAMS EXTRACT CO. ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari to resolve a conflict between the decisions of the United States Court of Appeals for the Fourth Circuit and the United States Court of Appeals for the Fifth Circuit.

No. 84–1720.   HOLDING v. SOVRAN BANK, EXECUTOR AND TRUSTEE OF THE ESTATE OF MUSE.   Sup. Ct. Va.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 84–1734.   JOHNSON v. PENNSYLVANIA STATE UNIVERSITY ET AL.   C. A. 3d Cir.   Motion of Student Association of the State University of New York et al. for leave to file a brief as amici curiae granted.   Certiorari denied.

No. 84–1741.   BOWEN v. OKLAHOMA.   Ct. Crim. App. Okla.;
No. 84–6700.   STAFFORD v. OKLAHOMA.   Ct. Crim. App. Okla.;
No. 84–6714.   CARTWRIGHT v. OKLAHOMA.   Ct. Crim. App. Okla.;
No. 84–6728.   INGRAM v. GEORGIA.   Sup. Ct. Ga.; and
No. 84–6808.   MILLS v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 84–1741, 715 P. 2d 1093; No. 84–6700, 697 P. 2d 165; No. 84–6714, 695 P. 2d 548; No. 84–6728, 253 Ga. 622, 323 S. E. 2d 801; No. 84–6808, 462 So. 2d 1075.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.